UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PLEASANT GRV LODGE NO 269 IOOF; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:15-CV-00148-WBS-KJN<br><br>**ORDER** |

### ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated:  April 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Notice for Dismissal　　　　Case: 2:15-CV-00148-WBS-KJN